MARY V. HESSEN, Appellant, v. JAMES A. McKINLEY, Respondent.

*Hessen* v. *McKinley*, 155 App. Div. 496, affirmed.
(Submitted June 4, 1913; decided June 20, 1913.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 7, 1913, which reversed an interlocutory judgment of Special Term sustaining a demurrer to the complaint in an action to impress a trust upon a savings bank account.

The following question was certified: "Does the complaint state facts sufficient to constitute a cause of action?"

*Michael J. Joyce* and *Almeth W. Hoff* for appellant.

*Clarence K. McGuire* and *Raymond Reubenstein* for respondent.

Order affirmed, with costs; question certified answered in the negative; no opinion.

Concur: CULLEN, Ch. J., GRAY, HISCOCK, CHASE, HOGAN and MILLER, JJ. Dissenting: WILLARD BARTLETT, J.